UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MITCHELL KEITH GOODRUM, | Case No. 3:22-cv-00500-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| KARLA K. BUTKO, *et al.*, | |
| Respondents. | |

On November 8, 2022, Petitioner Mitchell Keith Goodrum, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a document entitled "motion for leave to file a civil complaint against listed defendants" where he alleges, *inter alia*, that his post-conviction counsel was ineffective. (ECF No. 1-1.) If Goodrum is attempting to initiate a civil rights lawsuit or petition for writ of habeas corpus, he must submit the appropriate forms. The Clerk of the Court is directed to send Goodrum courtesy copies of these forms to help Goodrum decide what type of lawsuit, if any, he is attempting to file in federal court. Depending on what document Goodrum submits as his initiating document in this case, the Court will adjust its docket accordingly. Goodrum also filed a financial certificate and a copy of his prisoner account statement for the six-month period prior to filing. (ECF No. 3.) However, Goodrum did not include the 3-page application to proceed *in forma pauperis*.

It is therefore ordered that, on or before March 10, 2023, Petitioner Mitchell Keith Goodrum must: (1) file a notice to voluntarily dismiss this action if initiated in error; (2) submit a complaint if initiating a civil rights action; or (3) submit a petition for writ of habeas corpus.

///

It is further ordered that, if Goodrum is seeking to initiate a civil rights lawsuit or a petition for writ of habeas corpus, he must file the 3-page application to proceed *in forma pauperis* on or before March 10, 2023.

The Clerk of Court is further directed to send Goodrum: (1) the approved form and instructions for filing a 42 U.S.C. § 1983 complaint; (2) the approved form and instructions for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254; and (3) the approved form application to proceed *in forma pauperis* by an inmate.

It is further ordered that, if Goodrum does not timely comply with this order, this case will be dismissed without prejudice.

DATED THIS 2nd Day of February 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE