UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MITCHELL KEITH GOODRUM, | Case No. 3:22-cv-00500-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| KARLA K. BUTKO, *et al.*, | |
| Respondents. | |

This closed habeas matter is before the Court on Petitioner Mitchell Keith Goodrum's motion inquiring about the status of his case. (ECF No. 9 ("Motion").)

Petitioner initiated this case by submitting a document entitled "motion for leave to file a civil complaint against listed defendants" where he alleged, *inter alia*, that his state post-conviction counsel was ineffective. (ECF No. 1-1.) Due to the filing mentioning both "a civil complaint" and the alleged ineffective assistance of his state post-conviction counsel, this Court was unsure what type of lawsuit Petitioner was attempting to initiate. As such, on February 2, 2023, this Court ordered Petitioner to submit a civil rights complaint or a petition for writ of habeas corpus on or before March 10, 2023. (ECF No. 4.) This Court also ordered Petitioner to file the 3-page application to proceed *in forma pauperis* on or before March 10, 2023. (*Id.*) On March 13, 2023, this Court dismissed this action without prejudice based on Petitioner's failure to comply with this Court's February 2, 2023, order. (ECF No. 7). Judgment was entered. (ECF No. 8.)

It is unclear based on the Motion whether Petitioner failed to receive this Court's dismissal order and judgment. As such, the Court finds good cause to grant the motion for status by way of sending Petitioner a copy of his docket sheet in this matter. Notably,

1   if Petitioner decides to file either a civil rights complaint or a petition for writ of habeas

2   corpus, he must file it in a new case.

3        It is therefore ordered that Petitioner's Motion (ECF No. 9) is granted. The Clerk of

4   Court is instructed to send Petitioner a copy of the docket sheet in this matter.

5        DATED THIS 21st Day of August 2023.

6

7   _____

8   MIRANDA M. DU
    CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28